**Nicholas J. Henderson, Esq.** (OSB #074027)
E-Mail:  nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR  97204-3211
Telephone:  503-417-0508
Fax:  503-417-0501
Local Counsel for Defendant Trans Union, LLC

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **JACE RANDALL CLIFFORD,**<br>            Plaintiff,<br><br>      vs.<br><br>**EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; RELIABLE CREDIT ASSOCIATION, INC; and DOES 1 THROUGH 100 INCLUSIVE;**<br>            Defendants. | **CASE NO. 6:20-cv-01467-AA**<br><br>**TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity with the ticker symbol TRU.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

Respectfully submitted,

MOTSCHENBACHER & BLATTNER, LLP


*s/ Nicholas J. Henderson*
**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Local Counsel for Defendant Trans Union, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **10th day of September, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Kyle W. Schumacher, Esq. kschumacher@perryshields.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the _____ **day of September, 2020**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ Nicholas J. Henderson*
**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Local Counsel for Defendant Trans Union, LLC**